IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HENRY S. HARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2008-cv-288 |
| | ) | |
| THE NATIONAL ASSOCIATION OF REALTORS, THE REALTORS NATIONAL MARKETING INSTITUTE OF THE NATIONAL ASSOCIATION OF REALTORS; and THE COUNCIL OF RESIDENTIAL SPECIALISTS, | ) ) ) ) ) ) | Judge Darrah

Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

**NATIONAL ASSOCIATION OF REALTORS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

NOW COMES, Defendant National Association of Realtors ("NAR"), by its attorneys Neil Holmen, James Kienzle and Walker Wilcox Matousek LLP, and moves the Court to dismiss Plaintiff's complaint against NAR pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief may be granted. NAR submits and refers this Court to the attached Memorandum of Law in support its Motion.

March 12, 2008

Respectfully submitted,

THE NATIONAL ASSOCIATION OF REALTORS

By: /s/ James W. Kienzle
    One of its Attorneys

Neil E. Holmen
James W. Kienzle
WALKER WILCOX MATOUSEK LLP
225 West Washington Street
Suite 2400
Chicago, IL 60606
Phone: (312) 244-6700
Facsimile: 312-244-6800

{File: 00055398.DOC /}

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March, 2008, I did cause a true and correct copy of the foregoing **National Association of Realtors' Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure** to be electronically filed with the Clerk of the Northern District of Illinois, Eastern Division, using the ECF, and served upon the following parties:

>Daniel A. Cummings
>Rothschild, Barry & Myers LLP
>55 West Monroe Street
>Suite 3900
>Chicago, IL  60603
>**Via Electronic Mail – EM/ECF system**
>**(cummings@rbmchicago.com)**
>
>Joshua J. Kaufman
>Venable LLP
>575 7th Street, N.W.
>Washington, D.C.  2004
>**Via U.S. Mail**

>               /s/ James W. Kienzle
>Attorney for National Association of Realtors
>Walker Wilcox Matousek LLP
>225 West Washington Street
>Suite 2400
>Chicago, IL 60606
>Telephone:  312-244-6700
>Facsimile:  312-244-6800