IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HENRY S. HARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2008-cv-288 |
| | ) | |
| THE NATIONAL ASSOCIATION OF REALTORS, THE REALTORS NATIONAL MARKETING INSTITUTE OF THE NATIONAL ASSOCIATION OF REALTORS; and THE COUNCIL OF RESIDENTIAL SPECIALISTS, | ) ) ) ) ) ) | Judge Darrah

Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   All counsel of record.  (See attached Certificate of Service.)

Please take notice that on March 18, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, or any judge sitting in his stead, in Courtroom 1203 of the Everett McKinley Dirksen Courthouse, 219 South Dearborn Street in Chicago, Illinois, and present the enclosed **National Association of Realtors' Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure**.

March 12, 2008                          Respectfully submitted,

                                        THE NATIONAL ASSOCIATION OF
                                        REALTORS


                                        By: /s/ James W. Kienzle
                                            One of its Attorneys

Neil E. Holmen
James W. Kienzle
WALKER WILCOX MATOUSEK LLP
225 West Washington Street
Suite 2400
Chicago, IL  60606
Phone:  (312) 244-6700
Facsimile:  312-244-6800

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of March, 2008, I did cause a true and correct copy of the foregoing **Notice of Motion** to be electronically filed with the Clerk of the Northern District of Illinois, Eastern Division, using the ECF, and served upon the following parties:

      Daniel A. Cummings
      Rothschild, Barry & Myers LLP
      55 West Monroe Street
      Suite 3900
      Chicago, IL  60603
      **Via Electronic Mail – EM/ECF system**
      (**cummings@rbmchicago.com**)

      Joshua J. Kaufman
      Venable LLP
      575 7th Street, N.W.
      Washington, D.C.  2004
      **Via U.S. Mail**

                            /s/ James W. Kienzle
                       Attorney for National Association of Realtors
                       Walker Wilcox Matousek LLP
                       225 West Washington Street
                       Suite 2400
                       Chicago, IL 60606
                       Telephone:  312-244-6700
                       Facsimile:  312-244-6800