Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 288 | **DATE** | 4/1/2008 |
| **CASE TITLE** | Henry Harrison vs. The National Association of Realtors, et. al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 5/6/08 at 9:00 a.m. for scheduling for trial. Defendant, the National Association of Realtors is dismissed from this action without prejudice. Defendant's motion to dismiss is moot [14]. Enter Agreed Order.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|