UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HENRY S. HARRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-288 |
| ) | |
| THE NATIONAL ASSOCIATION OF ) | Judge Darrah |
| REALTORS, THE REALTORS NATIONAL ) | |
| MARKETING INSTITUTE OF THE ) | Magistrate Judge Brown |
| NATIONAL ASSOCIATION OF REALTORS; ) | |
| and THE COUNCIL OF RESIDENTIAL ) | |
| SPECIALISTS, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER

Defendant The National Association of Realtors ("NAR") has moved to dismiss the complaint of plaintiff Henry Harrison as to it. NAR has represented to Harrison that it is not a party to the Agreement that is the subject matter of the complaint, and the Council of Residential Specialists ("CRS") has admitted that it is the successor in interest to all of The Realtors National Marketing Institute's rights, duties and obligation under the Agreement. Nina Cottrell, the Chief Executive Officer of the CRS, has supplied Harrison with an affidavit stating that the CRS can satisfy a judgment in excess of $275,000. The parties agree that NAR may be dismissed from this action without prejudice, subject to the condition that in the event a judgment is entered against CRS and CRS does not satisfy said judgment, Harrison may revive his claims against the NAR. In the event CRS is found not liable to Harrison or if CRS does satisfy any judgment entered against CRS, Harrison is precluded from making the same or similar claims against NAR.

IT IS ORDERED THAT: The National Association of Realtors is dismissed from this action without prejudice, subject to the condition that in the event a judgment is entered against CRS and if CRS does not satisfy said judgment, Harrison may revive his claims against NAR. In the event CRS is found not liable to Harrison or if CRS does satisfy any judgment entered against CRS, Harrison is precluded from making the same or similar claims against NAR.

ENTER: _____
Hon. John W. Darrah   4/1/08

Daniel Cummings
ROTHSCHILD, BARRY & MYERS LLP
55 West Monroe Street, Suite 3900
Chicago, IL  60603
(312) 372-2345