UNITED STATES IN THE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HENRY S. HARRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2008-cv-288 |
| ) | |
| THE NATIONAL ASSOCIATION OF ) | Judge Darrah |
| REALTORS, THE REALTORS ) | |
| NATIONAL MARKETING INSTITUTE ) | Magistrate Judge Brown |
| OF THE NATIONAL ASSOCIATION OF ) | |
| REALTORS; and THE COUNCIL OF ) | |
| RESIDENTIAL SPECIALISTS, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| COUNCIL OF RESIDENTIAL ) | |
| SPECIALISTS, ) | |
| ) | |
| Counter-Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| HENRY S. HARRISON, ) | |
| ) | |
| Counter-Defendant. ) | |

**NOTICE OF MOTION**

To:   All counsel of record.  (See attached Certificate of Service.)

Please take notice that on May 6, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, or any judge sitting in his stead, in Courtroom 1203 of the Everett McKinley Dirksen Courthouse, 219 South Dearborn Street in Chicago, Illinois, and present the enclosed **Council of Residential Specialists' Motion for Partial Judgment on the Pleadings.**

April 30, 2008                                    Respectfully submitted,

                                                  COUNCIL OF RESIDENTIAL SPECIALISTS

                                                  By: /s/ James W. Kienzle
                                                        One of its Attorneys

Neil E. Holmen
James W. Kienzle
WALKER WILCOX MATOUSEK LLP
225 West Washington Street
Suite 2400
Chicago, IL  60606
Phone:  (312) 244-6700
Facsimile:  312-244-6800

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of April, 2008, I did cause a true and correct copy of the foregoing **Notice of Motion** to be electronically filed with the Clerk of the Northern District of Illinois, Eastern Division, using the ECF, and served upon the following parties:

>Daniel A. Cummings
>Rothschild, Barry & Myers LLP
>55 West Monroe Street
>Suite 3900
>Chicago, IL  60603
>**Via Electronic Mail – EM/ECF system**
>(**cummings@rbmchicago.com**)
>
>Joshua J. Kaufman
>Venable LLP
>575 7th Street, N.W.
>Washington, D.C.  2004
>**Via U.S. Mail**

          /s/ James W. Kienzle
      Attorney for Council of Residential Specialists
      Walker Wilcox Matousek LLP
      225 West Washington Street
      Suite 2400
      Chicago, IL 60606
      Telephone:  312-244-6700
      Facsimile:  312-244-6800