# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 288 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Henry S. Harrison vs. The National Association of Realtors | | |

**DOCKET ENTRY TEXT**

Defendant's motion for judgment on the pleadings [23] is entered and briefed as follows: response by 6/17/08, reply by 7/1/08. Status hearing is set for 8/20/08 at 9:00 a.m. Discovery is stayed until ruling on the pending motion.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|