UNITED STATES IN THE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HENRY S. HARRISON, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2008-cv-288 |
| ) | |
| THE NATIONAL ASSOCIATION ) | Judge: Darrah |
| OF REALTORS, THE REALTORS ) | |
| NATIONAL MARKETING ) | Magistrate Judge: Brown |
| INSTITUTE OF THE NATIONAL ) | |
| ASSOCIATION OF REALTORS; ) | |
| And THE COUNCIL OF ) | |
| RESIDENTIAL SPECIALISTS, ) | |
|     Defendants. ) | |
| _____) | |
| ) | |
| COUNCIL OF RESIDENTIAL ) | |
| SPECIALISTS, ) | |
|     Counter-Plaintiff, ) | |
| v. ) | |
| ) | |
| HENRY S. HARRISON ) | |
|     Counter-Defendant. ) | |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Henry S. Harrison, by his attorneys, moves pursuant to Fed.R.Civ.Pro. 56 for summary judgment in his favor and against defendant The Council of Residential Specialists. In support, plaintiff submits Plaintiff's Response in Opposition to the Defendants' Motion for Judgment On the Pleadings and Plaintiff's Memorandum in Support for Summary Judgment.

                                              Respectfully Submitted,

June 18, 2008                                       _____/s/_____
                                                            Joshua J. Kaufman
                                                            VENABLE LLP
                                                            575 7th Street, NW
                                                            Washington, DC  20004-1601
                                                            202-344-8538 (phone)
                                                            202-344-8300 (fax)
                                                            jjkaufman@venable.com

Daniel Cummings
Rothschild, Barry & Myers, LLP
55 West Monroe St., Ste 3900
Chicago, IL 60603
312-372-2345 (phone)
cummings@rbmchicago.com

*Counsel for Plaintiff Henry S. Harrison*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2008, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Neil E. Holmen
>James W. Kienzle
>Walker Wilcox Matousek LLP
>225 W. Washington St., Ste. 2400
>Chicago, IL 60606
>312-244-6700 (phone)
>nholmen@wwmlawyers.com
>jkienzle@wwmlawyers.com
>
>*Counsel for Defendants The Realtors National Marketing Institute Of The National Association Of Realtors And The Council Of Residential Specialists*
>
>
>_____/s/_____
>Joshua J. Kaufman
>VENABLE LLP
>575 7th Street, NW
>Washington, DC  20004-1601
>202-344-8538 (phone)
>202-344-8300 (fax)
>jjkaufman@venable.com
>
>Daniel Cummings
>Rothschild, Barry & Myers, LLP
>55 West Monroe St., Ste 3900
>Chicago, IL 60603
>312-372-2345 (phone)
>cummings@rbmchicago.com
>
>*Counsel for Plaintiff Henry S. Harrison*