# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 288 | **DATE** | 6/25/08 |
| **CASE TITLE** | Harrison v. National Association of Realtors, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for Summary Judgment [27] is stricken with leave to refile after a ruling on Defendant's motion for Judgment of the Pleadings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|