Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 288 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Henry S. Harrison vs. The National Association of Realtors | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum and order, defendants' motion for judgment on the pleadings pursuant to Federal Rule 12© is denied [23]. Enter Memorandum Opinion and Order. Status hearing set for 9/3/08 at 9:00 a.m.

■ [ For further detail see separate order(s).]

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|

08C288 Henry S. Harrison vs. The National Association of Realtors                                     Page 1 of 1