# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 288 | **DATE** | 9/3/2008 |
| **CASE TITLE** | Henry S. Harrison vs. The National Association of Realtors | | |

**DOCKET ENTRY TEXT**

Motions for summary judgment and cross motions for summary judgment to be filed by 11/18/08, response by 12/9/08, reply by 12/23/08. Status hearing set for 1/28/09 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|